## M'CULLUM *against* GOURLAY.

IN error, on *certiorari*, from a justice's court. The plaintiff brought his action against the defendant before the justice, to recover the price of two firkins of butter, delivered to the defendant, and for which he gave a receipt to the plaintiff " to account with him for the same; that is, if *Jonas Platt*, Esq. is elected governor of the state, the defendant is to pay 29 cents per pound for the butter, and if not, he is to pay nothing." The justice gave judgment for the defendant.

*Where a bet or wager is lost, and the money or property has been fairly paid or delivered, the court will not help the plaintiff.*

*Where A. delivered to B. two firkins of butter, and agreed that if P. was elected governor of the state, B. should pay a certain price for the butter, otherwise, he was to pay nothing; and P. was not elected, it was held that A. had no right of action against B. for the butter.*

*P. Van Vechten*, for the plaintiff in error.

*Rodman*, contra.

*Per Curiam.* The butter was delivered, in the first instance, to the defendant, the winner, and the *payment* was to depend on the event of the election of governor. The plaintiff lost the bet, and, by the terms of sale, he was not, in that event, to be paid any thing for the butter. This case does not appear to come within that of *Bunn* v. *Riker.** The plaintiff has now no right of action; for *potior est conditio defendentis.* The courts will not help

* 4 *Johns. Rep.* 426.

NEW-YORK,   the plaintiff to obtain relief from a *bet*, when the money
May, 1811.   or property has been fairly paid or delivered.   (1 *East*,
HOLLY       98.   8 *Term Rep*. 75.   2 *Comyn on Contracts*, 120.)
v
RATHBONE.                    The judgment must be affirmed.